Case 7:23-cv-00079   Document 16   Filed on 03/08/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| DAVID ALANIS, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:23-cv-00079 |
| CHUBB LLOYDS INSURANCE COMPANY OF TEXAS, | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

Having considered the Joint Motion to Dismiss with Prejudice ("Joint Motion") filed in this cause by Plaintiff and Defendant, the Court finds the Joint Motion has merit and should be **GRANTED.**

IT IS THEREFORE ORDERED that: (1) all claims, causes of action and other requests for relief are hereby dismissed with prejudice; and (b) all fees and costs that have been incurred by Plaintiff and/or Defendant in this case shall be borne solely by the party who incurred them.

SIGNED this 8th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE